UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAI LAD CHU, et al., | ) | CASE NO. CV 11-4782-AG (PJW) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections have been filed to the Report. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:    <u>March 31, 2012</u>.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Chu Order adop r&r.wpd