UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAI LAD CHU, et al., | Case No. CV 11-4782-AG (PJW) |
|         Plaintiff, | |
|     v. | J U D G M E N T |
| SOCIAL SECURITY ADMINISTRATION, | |
|         Defendant. | |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

    DATED:    March 31, 2012.

    ANDREW J. GUILFORD
    UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Chu Judgment.wpd